**This order is SIGNED.**

**Dated: October 11, 2018**





**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>QUINN BRUCE ERICKSON<br>KESTIN ERICKSON<br><br>                              Debtors | CASE NO: 15-22936<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |

### ORDER ON TRUSTEE'S OBJECTION TO
### CLAIM NO. 11 OF Cavalry SPV I, LLC

The Trustee filed an objection to Claim No. 11 (hereinafter the "Claim") of Cavalry SPV I, LLC (hereinafter the "Creditor").  The Trustee served the Creditor with a Notice of Hearing on the claim objection.  There being no timely response to the Trustee's objection, and for other good cause appearing, it is hereby:

ORDERED that the Creditor's Claim is reduced to 0.00, the Trustee shall not make any further disbursements on such claim, and the Trustee may remove any funds held in reserve on this claim and disburse such released funds pursuant to the plan.

**END OF DOCUMENT**

DESIGNATION OF PARTIES TO BE SERVED

**By Electronic Services**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system

LON A. JENKINS, ECF NOTIFICATION

LINDA D. SMITH, ESQ., ECF NOTIFICATION

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

QUINN BRUCE ERICKSON & KESTIN ERICKSON, 584 E. 2200 S., CLEARFIELD, UT 84015

Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712